```
                              United States Bankruptcy Court
                              Eastern District of New York

In re:                                                         Case No. 17-42632-cec
William A. Gillette                                            Chapter 7
Gerri Ann Gillette
        Debtors                    CERTIFICATE OF NOTICE

District/off: 0207-1          User: admin              Page 1 of 2            Date Rcvd: Aug 30, 2017
                              Form ID: 318DF7          Total Noticed: 64


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 01, 2017.
db/jdb         William A. Gillette,    Gerri Ann Gillette,   147 Henry Pl,    Staten Island, NY 10305-1359
smg            NYC Department of Finance,    345 Adams Street,   Office of Legal Affairs,
                Brooklyn, NY 11201-3719
smg           +NYS Unemployment Insurance,    Attn: Insolvency Unit,    Bldg. #12, Room 256,
                Albany, NY 12240-0001
9028825        American Clinical Solutions,   2234 N Federal Hwy Ste 469,    Boca Raton, FL 33431-7710
9028829        Bby/cbna,    50 NW Point Blvd,   Elk Grove Village, IL 60007-1032
9028837        Citibank/Best Buy,    Centralized Bk/Citicorp Credt Srvs,    PO Box 790040,
                Saint Louis, MO 63179-0040
9028838        Citicards Cbna,   Citicorp Credit Svc/Centralized Bankrupt,    PO Box 790040,
                Saint Louis, MO 63179-0040
9028849        Kia Motors Finance,    4000 Macarthur Blvd Ste,   Newport Beach, CA 92660-2558
9028851        Kia Motors Finance,    10550 Talbert Ave,   Fountain Valley, CA 92708-6031
9028854        Lincoln Auto Finance,    12110 Emmet St,   Omaha, NE 68164-4263
9028855        Lincoln Automotive Fin,    12110 Emmet St,   Omaha, NE 68164-4263
9028856        Mount Sinai Pathology Hospitalists,    PO Box 5024,   New York, NY 10087-5024
9028858        New York University Physician Services,    PO Box 415662,    Boston, MA 02241-5662
9028859        Northwell Healt,   475 Seaview Ave,   Staten Island, NY 10305-3436
9028860        Northwell Health,    475 Seaview Ave,   Staten Island, NY 10305-3436
9028864        Quest Diagnostics,    PO Box 740985,   Cincinnati, OH 45274-0985
9028865        RTR Financial Services Unc,    2 Teleport Dr Ste 302,    Staten Island, NY 10311-1004
9028866        Staten Island University Hospital,    PO Box 29772,   New York, NY 10087-9772
9028876        Tri-State Adjustments Inc,    PO Box 3219,   La Crosse, WI 54602-3219
9028877        US Dept of Ed/Glelsi,    PO Box 7860,   Madison, WI 53707-7860
9028878        US Dept of Ed/Great Lakes Higher Educati,    Attn: Bankruptcy,   2401 International Ln,
                Madison, WI 53704-3121
9028879        Visa Dept Store National Bank/Macy's,    Attn: Bankruptcy,    PO Box 8053,
                Mason, OH 45040-8053
9028881        Wf Crd Svc,   Des Moines, IA 50306

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
tr            +EDI: BRJMCCORD.COM Aug 30 2017 18:38:00     Richard J. McCord,   Certilman Balin Adler & Hyman,
                90 Merrick Avenue,    East Meadow, NY 11554-1597
smg           +E-mail/Text: nys.dtf.bncnotice@tax.ny.gov Aug 30 2017 18:49:08
                NYS Department of Taxation & Finance,    Bankruptcy Unit,   PO Box 5300,
                Albany, NY 12205-0300
smg           +E-mail/Text: ustpregion02.br.ecf@usdoj.gov Aug 30 2017 18:48:00
                Office of the United States Trustee,    Eastern District of NY (Brooklyn Office),
                U.S. Federal Office Building,    201 Varick Street, Suite 1006,   New York, NY 10014-9449
9028826        EDI: AMEREXPR.COM Aug 30 2017 18:38:00      Amex,   Correspondence,   PO Box 981540,
                El Paso, TX 79998-1540
9028827        EDI: AMEREXPR.COM Aug 30 2017 18:38:00      Amex,   PO Box 297871,
                Fort Lauderdale, FL 33329-7871
9028830        EDI: BANKAMER.COM Aug 30 2017 18:38:00      Bk of Amer,   PO Box 982238,
                El Paso, TX 79998-2238
9028828        EDI: BANKAMER.COM Aug 30 2017 18:38:00      Bank of America,   NC4-105-03-14,   PO Box 26012,
                Greensboro, NC 27420-6012
9028831        EDI: WFFC.COM Aug 30 2017 18:38:00      Bobs Ds Furn,   PO Box 94498,
                Las Vegas, NV 89193-4498
9028833        EDI: CAPITALONE.COM Aug 30 2017 18:38:00      Capital One Bank USA N,   15000 Capital One Dr,
                Richmond, VA 23238-1119
9028832        EDI: CAPITALONE.COM Aug 30 2017 18:38:00      Capital One,
                Attn: General Correspondence/Bankruptcy,   PO Box 30285,    Salt Lake City, UT 84130-0285
9028835        EDI: CHASE.COM Aug 30 2017 18:38:00      Chase Card,   Attn: Correspondence Dept,   PO Box 15298,
                Wilmington, DE 19850-5298
9028834        EDI: CHASE.COM Aug 30 2017 18:38:00      Chase Card,   PO Box 15298,
                Wilmington, DE 19850-5298
9028836        EDI: CITICORP.COM Aug 30 2017 18:38:00      Citi,   PO Box 6241,   Sioux Falls, SD 57117-6241
9028839        EDI: WFNNB.COM Aug 30 2017 18:38:00      Comenity Bank/Vctrssec,   PO Box 182789,
                Columbus, OH 43218-2789
9028840        EDI: WFNNB.COM Aug 30 2017 18:38:00      Comenity Bank/Victoria Secret,   Attn: Bankruptcy,
                PO Box 182125,   Columbus, OH 43218-2125
9028842        EDI: RCSFNBMARIN.COM Aug 30 2017 18:38:00      Credit One Bank NA,   PO Box 98872,
                Las Vegas, NV 89193-8872
9028841        EDI: RCSFNBMARIN.COM Aug 30 2017 18:38:00      Credit One Bank NA,   PO Box 98873,
                Las Vegas, NV 89193-8873
9028843        EDI: DISCOVER.COM Aug 30 2017 18:38:00      Discover Fin Svcs LLC,   PO Box 15316,
                Wilmington, DE 19850-5316
9028844        EDI: DISCOVER.COM Aug 30 2017 18:38:00      Discover Financial,   PO Box 3025,
                New Albany, OH 43054-3025
9028845        EDI: TSYS2.COM Aug 30 2017 18:38:00      Dsnb Macys,   PO Box 8218,   Mason, OH 45040-8218
9028847        EDI: FORD.COM Aug 30 2017 18:38:00      Ford Motor Credit,   National Bankruptcy Service Center,
                PO Box 62180,   Colorado Springs, CO 80962-2180
```

```
District/off: 0207-1           User: admin              Page 2 of 2               Date Rcvd: Aug 30, 2017
                               Form ID: 318DF7          Total Noticed: 64
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center (continued)

```
9028846          EDI: FORD.COM Aug 30 2017 18:38:00      Ford Credit,   PO Box 220564,
                 Pittsburgh, PA   15257-2564
9028848         +EDI: FORD.COM Aug 30 2017 18:38:00      Frd Motor Cr,   PO Box BOX542000,   Omaha, NE 68154-8000
9028850          EDI: FORD.COM Aug 30 2017 18:38:00      Kia Motors Finance,   PO Box 20825,
                 Fountain Valley, CA   92728-0825
9028853         +E-mail/Text: bk@lendingclub.com Aug 30 2017 18:48:26      Lending Club Corp,   71 Stevenson St,
                 San Francisco, CA 94105-2985
9028852          E-mail/Text: bk@lendingclub.com Aug 30 2017 18:48:26      Lending Club Corp,
                 71 Stevenson St Ste 300,   San Francisco, CA  94105-2985
9028857          E-mail/Text: bankruptcynotice@nymcu.org Aug 30 2017 18:48:17      Municipal Credit Union,
                 185 Montague St,   Brooklyn, NY  11201-3600
9028861          EDI: AGFINANCE.COM Aug 30 2017 18:38:00      ONEMAIN,   PO Box 9001122,
                 Louisville, KY   40290-1122
9028862          EDI: AGFINANCE.COM Aug 30 2017 18:38:00      OneMain,   Attn: Bankruptcy,   601 NW 2nd St,
                 Evansville, IN   47708-1013
9028863          EDI: AGFINANCE.COM Aug 30 2017 18:38:00      Onemain,   PO Box 1010,
                 Evansville, IN   47706-1010
9028869          EDI: RMSC.COM Aug 30 2017 18:38:00      Syncb/Pc Richard,   C/o,   PO Box 965036,
                 Orlando, FL   32896-5036
9028871          EDI: RMSC.COM Aug 30 2017 18:38:00      Syncb/Walmart,   PO Box 965024,
                 Orlando, FL   32896-5024
9028867          EDI: RMSC.COM Aug 30 2017 18:38:00      Syncb/jcp,   PO Box 965007,   Orlando, FL   32896-5007
9028868          EDI: RMSC.COM Aug 30 2017 18:38:00      Syncb/mens Wearhouse,   PO Box 965005,
                 Orlando, FL   32896-5005
9028870          EDI: RMSC.COM Aug 30 2017 18:38:00      Syncb/pcrich,   C/o,   PO Box 965036,
                 Orlando, FL   32896-5036
9028872          EDI: RMSC.COM Aug 30 2017 18:38:00      Synchrony Bank/ Jc Penneys,   Attn: Bankruptcy,
                 PO Box 956060,   Orlando, FL   32896-5060
9028873          EDI: RMSC.COM Aug 30 2017 18:38:00      Synchrony Bank/Mens Wearhouse,   Attn: Bankruptcy,
                 PO Box 956060,   Orlando, FL   32896-5060
9028874          EDI: RMSC.COM Aug 30 2017 18:38:00      Synchrony Bank/Pc Richard,   Attn: Bankruptcy,
                 PO Box 956060,   Orlando, FL   32896-5060
9028875          EDI: RMSC.COM Aug 30 2017 18:38:00      Synchrony Bank/Walmart,   Attn: Bankruptcy,
                 PO Box 956060,   Orlando, FL   32896-5060
9028880          EDI: WFFC.COM Aug 30 2017 18:38:00      Wells Fargo,   MAC F82535-02F,   PO Box 10438,
                 Des Moines, IA   50306-0438
9028882          EDI: WFFC.COM Aug 30 2017 18:38:00      Wffnb/Bobs Discount Furniture,   PO Box 10438,
                 Des Moines, IA   50306-0438
                                                                                                TOTAL: 41

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                           TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 01, 2017                              Signature: /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 30, 2017 at the address(es) listed below:
```
              Kevin B Zazzera    on behalf of Joint Debtor Gerri Ann Gillette kzazz007@yahoo.com
              Kevin B Zazzera    on behalf of Debtor William A. Gillette kzazz007@yahoo.com
              Office of the United States Trustee    USTPRegion02.BR.ECF@usdoj.gov
              Richard J. McCord    rmccord@cbah.com,
               afollett@certilmanbalin.com;cfollett@certilmanbalin.com;N190@ecfcbis.com;mmccord@certilmanbalin.c
               om
                                                                                                 TOTAL: 4
```

| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | **William A. Gillette** | Social Security number or ITIN **xxx–xx–3279** |
| | First Name   Middle Name   Last Name | EIN _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | **Gerri Ann Gillette** | Social Security number or ITIN **xxx–xx–6240** |
| | First Name   Middle Name   Last Name | EIN _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court   Eastern District of New York 271–C Cadman Plaza East, Suite 1595 Brooklyn, NY 11201–1800 | | |
| Case number:   **1–17–42632–cec** | | Chapter:   **7** |

# Order of Discharge and Final Decree

**Revised: 12/15**

**IT IS ORDERED:**

A discharge under 11 U.S.C. § 727 is granted to:

   William A. Gillette                               Gerri Ann Gillette

**IT IS FURTHER ORDERED**:

- Richard J. McCord (Trustee) is discharged as trustee of the estate of the above–named debtor(s) and the bond is cancelled.
- The Chapter 7 case of the above–named debtor(s) is closed.

                                                             **BY THE COURT**

Dated: August 30, 2017                                   <u>s/ Carla E. Craig</u>
                                                             United States Bankruptcy Judge

**SEE THE BACK OF THIS ORDER FOR IMPORTANT INFORMATION.**

# EXPLANATION OF BANKRUPTCY DISCHARGE
# IN A CHAPTER 7 CASE

This court order grants a discharge to the person(s) named as the debtor(s). It is not a dismissal of the case and it does not determine how much money, if any, the trustee will pay to creditors.

## Collection of Discharged Debts Prohibited

The discharge prohibits any attempt to collect from the debtor(s) a debt that has been discharged. For example, a creditor is not permitted to contact a debtor by mail, phone, or otherwise, to file or continue a lawsuit, to attach wages or other property, or to take any other action to collect a discharged debt from the debtor(s). A creditor who violates this order can be required to pay damages and attorney's fees to the debtor(s).

However, a creditor may have the right to enforce a valid lien, such as a mortgage or security interest, against the debtor's property after the bankruptcy, if that lien was not avoided or eliminated in the bankruptcy case. Also, a debtor may voluntarily pay any debt that has been discharged.

## Debts That are Discharged

The chapter 7 discharge order eliminates a debtor's legal obligation to pay a debt that is discharged. Most, but not all, types of debts are discharged if the debt existed on the date the bankruptcy case was filed. (If this case was begun under a different chapter of the Bankruptcy Code and converted to chapter 7, the discharge applies to debts owed when the bankruptcy case was converted.)

## Debts That are Not Discharged

Some of the common types of debts which are not discharged in a chapter 7 bankruptcy case are:

a. Debts for most taxes;

b. Debts incurred to pay nondischargeable taxes (in a case filed on or after October 17, 2005);

c. Debts that are domestic support obligations;

d. Debts for most student loans;

e. Debts for most fines, penalties, forfeitures, or criminal restitution obligations;

f. Debts for personal injuries or death caused by the debtor's operation of a motor vehicle, vessel, or aircraft while intoxicated;

g. Some debts which were not properly listed by the debtor;

h. Debts that the bankruptcy court specifically has decided or will decide in this bankruptcy case are not discharged;

i. Debts for which the debtor has given up the discharge protections by signing a reaffirmation agreement in compliance with the Bankruptcy Code requirements for reaffirmation of debts;

j. Debts owed to certain pension, profit sharing, stock bonus, other retirement plans, or to the Thrift Savings Plan for federal employees for certain types of loans from these plans (in a case filed on or after October 17, 2005).

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of the bankruptcy discharge. There are exceptions to these general rules. Because the law is complicated, you may want to consult an attorney to determine the exact effect of the discharge in this case.**